**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MAIN STREET AMERICA ASSURANCE COMPANY and NGM INSURANCE COMPANY** | : : : : | **CIVIL ACTION** |
| **v.** | : : | |
| **UNITED INSULATION SERVICES, INC., UNITED STATES INSULATION OF PA, LLC and K&I PAINTING, LLC** | : : : | **NO. 20-3430** |

## ORDER

**NOW,** this 31st day of March, 2022, upon consideration of the Complaint for Declaratory Judgment (Doc. No. 1), the Defendants' Answer and Counterclaim to Complaint for Declaratory Relief (Doc. No. 19), D.R. Horton, Inc. – New Jersey's proposed Answer with Counterclaim to Plaintiff's Complaint (Doc. No. 27-3), and the declaratory judgment action pending in the Montgomery County Court of Common Pleas, it is **ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

/s/ TIMOTHY J. SAVAGE J.